

# Service of Process Transmittal

03/12/2019
CT Log Number 535085994

| | |
|---|---|
| **TO:** | Mark Goldzweig<br>Kia Motors America, Inc.<br>111 Peters Canyon Rd<br>Irvine, CA 92606-1790 |
| **RE:** | Process Served in California |
| **FOR:** | KIA MOTORS AMERICA, INC.  (Domestic State: CA) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | DEANNA DANIELIAN and MARC DANIELIAN, Pltfs. vs. KIA MOTORS AMERICA, INC., et al., Dfts. |
| **DOCUMENT(S) SERVED:** | Summons, Complaint, Attachment(s) |
| **COURT/AGENCY:** | Riverside County - Superior Court - Riverside, CA<br>Case # RIC1901606 |
| **NATURE OF ACTION:** | Product Liability Litigation - Lemon Law - 2017 Kia Optima Hybrid, VIN: KNAGT4LC8H5005445 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Los Angeles, CA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 03/12/2019 at 14:55 |
| **JURISDICTION SERVED :** | California |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after service |
| **ATTORNEY(S) / SENDER(S):** | Jon P. Jacobs<br>Law Offices of Jon P. Jacobs<br>5701 Lonetree Blvd., Suite 202<br>Rocklin, CA 95765<br>916-663-6400 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 03/13/2019, Expected Purge Date: 03/18/2019<br><br>Image SOP<br><br>Email Notification,  Mark Goldzweig  Mgoldzweig@kiausa.com<br><br>Email Notification,  Debbie Avalos  davalos@kiausa.com<br><br>Email Notification,  Jennifer Yoo  jyoo@kiausa.com<br><br>Email Notification,  ROBIN JUNG  rjung@kiausa.com<br><br>Email Notification,  Kari Pearsall  kpearsall@kiausa.com |
| **SIGNED:**<br>**ADDRESS:** | C T Corporation System<br>818 West Seventh Street<br>Los Angeles, CA 90017 |

Page 1 of  2 / AS

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.



# Service of Process Transmittal
03/12/2019
CT Log Number 535085994

| | |
|---|---|
| **TO:** | Mark Goldzweig<br>Kia Motors America, Inc.<br>111 Peters Canyon Rd<br>Irvine, CA 92606-1790 |
| **RE:** | **Process Served in California** |
| **FOR:** | KIA MOTORS AMERICA, INC.  (Domestic State: CA) |
| **TELEPHONE:** | 213-337-4615 |

Page 2 of  2 / AS

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
KIA MOTORS AMERICA, INC.; and DOES ONE through TEN

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
DEANNA DANIELIAN, and MARC DANIELIAN

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE

FEB 19 2019

K. Thomsen

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):* County of Riverside
4050 Main Street, Riverside, CA 92501-3704

**CASE NUMBER:**
*(Número del Caso):* **RIC 1901606**

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Law Offices of Jon Jacobs; 5701 Lonetree Blvd., Suite 202; Rocklin, CA 95765; (916) 663-6400

DATE: **FEB 19 2019** Clerk, by _____, Deputy
*(Fecha)* *(Secretario)* *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons *(form POS-010).*)
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☒ on behalf of *(specify):* Kia Motors America, Inc.

   under: ☐ CCP 416.10 (corporation) ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
   ☐ other *(specify):*
4. ☒ by personal delivery on *(date):* 3/12/19

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

Jon P. Jacobs (SBN 205245)
Ryan H. Gomez (SBN 305208)
LAW OFFICES OF JON JACOBS
5701 Lonetree Blvd., Suite 202
Rocklin, CA 95765
Telephone: (916) 663-6400
Facsimile: (916) 663-6500

Attorneys for Plaintiffs
DEANNA DANIELIAN, and
MARC DANIELIAN

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE

FEB 19 2019

K. Thomsen

SUPERIOR COURT OF THE STATE OF CALIFORNIA
FOR THE COUNTY OF RIVERSIDE

DEANNA DANIELIAN, and
MARC DANIELIAN,

    Plaintiffs,

v.

KIA MOTORS AMERICA, INC.; and
DOES ONE through TEN,

    Defendant.

CASE NO.: **RIC 1901606**

COMPLAINT FOR DAMAGES AND INJUNTIVE RELIEF

Violations of:

- Song–Beverly Consumer Warranty Act (Express and Implied Warranties)
- Magnuson–Moss Warranty Act (Express and Implied Warranties)

UNLIMITED JURISDICTION DAMAGES EXCEED $25,000

Plaintiffs allege:

### FACTS COMMON TO ALL COUNTS

1. Defendant KIA MOTORS AMERICA, INC. ("Kia") is a duly authorized corporation doing business in Riverside County, California.

2. Plaintiffs DEANNA DANIELIAN, and MARC DANIELIAN (collectively, "Plaintiffs") are ignorant of the true names and/or capacities of the Defendants sued herein under the fictitious names DOES ONE through TEN. They are sued herein pursuant to C.C.P. § 474. When Plaintiffs become aware of the true names and/or capacities of these Defendants, Plaintiffs will amend this Complaint to state their true names and capacities.

3. On or about March 1, 2017, Plaintiffs purchased a brand new 2017 Kia Optima Hybrid, VIN: KNAGT4LC8H5005445 in California, which was manufactured and/or distributed, and warranted, by Kia.

1

4. In connection with the transaction, Kia issued to Plaintiffs express warranties within the meaning of Cal. Civ. Code § 1791.2, which were also written warranties within the meaning of 15 U.S.C. § 2301(6). By the terms of the express warranties, Kia promised that the Vehicle's materials and workmanship would be free of defects, undertook to preserve and maintain the utility and performance of the Vehicle, and to provide compensation if there is any failure in utility or performance, and agreed to refund, repair, replace, or take other remedial action with respect to the Vehicle.

5. Plaintiffs purchased the Vehicle primarily for personal, family, or household purposes.

6. Subsequent to Plaintiffs' purchase, the Vehicle exhibited numerous defects and nonconformities covered by the warranties, which substantially impair the use, value, and safety of the Vehicle to Plaintiffs. The defects and nonconformities include, but are not limited to the following (mostly written by the servicing dealer):

| Problems | Date | Odo. | Days | RO # |
|---|---|---|---|---|
| **Hybrid Starter** - VERIFIED - Hybrid starter generator pulley nut. Per service action to inspect and replace hybrid starter generator, HSG unit.<br><br>**Recall** - Recall part ordered do not drive car | 05/15/17 | 7,755 | 31 | 6033832 |
| **Check Engine Light** - VERIFIED - Check engine light, diag fee estimate. Customer states HEV light on, hybrid warning system lack of power on accelerator. Tech ran KDS test and found history codes only, ran pin point test. Tech corrected pin tension at PCM and ESC connectors pin 77/60 PCM 19/20 IBAU, tech road tested vehicle 40 miles and normal operation restored, no other problems found. | 06/06/17 | 8,574 | 4 | 6034354 |
| **Check Engine Light** - *2nd Repair Attempt* - VERIFIED - Check engine light, diag fee estimate. C/S hybrid warning light comes on, not safe to drive. Tech ran KDS test and found history codes for gear fault, esc and c224308, BSPL C164681 can fail, BSDR C164681 can fail. Tech adjusted PIN tension at EC11, checked operation, no other problems found. | 06/14/17 | 9,384 | 1 | 6034538 |

| Description | Date | Mileage | Days | RO # |
|---|---|---|---|---|
| **Transmission - VERIFIED** - Driveability concern, diag fee estimate. C/S hybrid warning light comes on, Allstar Kia ran codes c224308 activate code, also blind spot detection warning light came on. Tech found inhibitor switch faulty, causing hyb light comes on. Kia techline opened. Replaced inhibitor switch, test drove 22 miles no lights came back on. | 06/19/17 | 10,028 | 9 | 6034662 |
| **Check Engine Light** - *3rd Repair Attempt* - Customer states check engine light came on and went off. No check engine light on currently, ran KDS test and found history code P045600 small evap emission system leak, ran evap system test several times and no leaks detected, road tested, performed evap drive cycle test, no leaks detected, scanned and performed additional evap system test, no leak and performed additional evap system test, no leak detected, possible gas cap leak, no problems found at this time. | 11/20/18 | 25,223 | 2 | 6038398 |
| **Check Engine Light** - *4th Repair Attempt* - VERIFIED - C/S check engine light is on, engine control system code. Tech ran KDS test found P045600 for evap emission system leak detected, and P0C73 motor electronics coolant pump a control performance, ran coolant pump test with KDS test and found normal operation ran evap system leak test, failed test, opened techline case, techline advised to replaced electronic water pump. Tech removed and replaced eqp assembly, checked operation, no other codes or problems found at this time.<br><br>**Transmission** - *2nd Repair Attempt* - VERIFIED - Inhibitor switch replacement. Tech performed SA317A per Kia service action. | 05/16/18 | 41,637 | 9 | 6043382 |
| **Check Engine Light** - *5th Repair Attempt* - VERIFIED - C/S check engine light is on, no driveability. Tech inspected vehicle, ran code, found code P045600 for evaporative emission system leak detected, very small leak, tech performed evap test, passed, followed hev flow chart, found faulty fuel pressure sensor. Sensor assy-pressure tech removed and replaced fuel pressure sensor per service bulletin, performed overnight soaked, checked operation, no other | 07/09/18 | 47,766 | 3 | 6044851 |

| | | | | |
|---|---|---|---|---|
| problems found at this time. | | | | |
| **Check Engine Light** - *6th Repair Attempt* - VERIFIED - C/S Intermittent check engine light, see history. Tech ran KDS test and found P1236 history code for active airflap voltage low, ran actuation test and operating normal, test drove vehicle, code came back in history, found impact damage, removed bumper, normal graph readings, found horn assembly interfering with lower active airflap module. Tech adjusted horn assembly at active airflap module, check operation, retested vehicle, test drove vehicle, no other codes or problems found at this time, tech sent flight record to Kia for further research and information. | 07/27/18 | 49,795 | 7 | 6045433 |
| **Check Engine Light** - *7th Repair Attempt* - VERIFIED - Customer states check engine light is on again, duplicate concern, see history, check airflap light on. Tech inspected vehicle, ran KDS test and found history code P1236 active airflap voltage low and P123B active airflap 3 system fail, ran actuation test and left upper airflap responded once then was inoperable, test 1 all airflaps open, test 2 right front flap only, test 3 lower flap only. Tech found all airflaps operating as designed, submitted videos to Kia last visit and tech was made aware that vehicle is operating as normal at this time, tech recommending replacing left upper airflap due to repeat concern estimated repair $450, customer is declining at this time due to intermittent concern, will return if problem persists. | 01/10/19 | 68,517 | 14 | 6050146 |
| **Check Engine Light** - *8th Repair Attempt* - Check engine light, diag fee estimate customer states. Customer states check engine light is on, check active air flap system on again. Tech ran KDS test and found code P1236 history. Test Drove vehicle several drive cycles, road tested, set up flight record. Tech unable to duplicate customers concern at this time.<br><br>**Power Outlet** - VERIFIED - Body elect concern, diag fee estimate. Customer states right power outlet is inop, check ad advise. Tech inspected vehicle and found right power outlet fuse blown. Tech removed and replaced right power outlet 20amp fuse, checked operation, no other problems found | 01/24/19 | 68,653 | 6 | 6050532 |

4

at this time.

7. Plaintiffs delivered the nonconforming Vehicle to Kia and/or its authorized repair facilities for repairs pursuant to the terms of the warranties. Kia has failed to repair the Vehicle, or replace the Vehicle or provide restitution after a reasonable number of repair attempts.

## FIRST CAUSE OF ACTION
### Breach of Express Warranty—Song–Beverly Consumer Warranty Act
### Against Kia

8. Plaintiffs incorporate all preceding paragraphs.

9. Plaintiffs are each a "buyer" as defined by Cal. Civ. Code § 1791(b).

10. The Vehicle is a "consumer good" as defined by Cal. Civ. Code § 1791(a).

11. Kia is a "warrantor" as contemplated by Cal. Civ. Code § 1795.

12. Plaintiffs' purchase of the Vehicle was a "sale" as defined by Cal. Civ. Code § 1791(n).

13. Kia violated the Song–Beverly Consumer Warranty Act by failing to conform the Vehicle to the express written warranties within a reasonable number of repair attempts or within the warranty periods, and by failing to promptly replace the Vehicle or make restitution to Plaintiffs.

14. The above-described defects, malfunctions, and nonconformities substantially impair the use, value, and safety of the Vehicle.

15. Plaintiffs have not made unreasonable or unintended use of the Vehicle.

16. Pursuant to Cal. Civ. Code § 1793.2(d), Kia must refund the price of the Vehicle to Plaintiffs.

17. Pursuant to Cal. Civ. Code § 1794(a), Plaintiffs are entitled to restitution.

18. As a direct and proximate result of said violations of the Song–Beverly Act, Plaintiffs have sustained, and continue to sustain, actual, incidental and consequential damages in the approximate amount of $31,300.00 according to proof.

19. The failure of Kia to comply with the Song–Beverly Act was willful in that Kia had actual knowledge of the Vehicle's defects, malfunctions, and nonconformities, knew of

its legal duties under the warranties and the Act, but repeatedly refused to make necessary repairs and/or provide a refund.

20. Pursuant to Cal. Civ. Code § 1794(c), Plaintiffs are entitled to a civil penalty of two times the amount of Plaintiffs' actual damages.

21. Pursuant to Cal. Civ. Code § 1794(d), Plaintiffs are entitled to attorneys' fees and expenses reasonably incurred in connection with this action.

### SECOND CAUSE OF ACTION
### Breach of Implied Warranty—Song–Beverly Consumer Warranty Act
### Against All Defendants

22. Plaintiffs incorporate all preceding paragraphs.

23. Pursuant to Cal. Civ. Code § 1792, the Vehicle was accompanied by each Defendant's implied warranty that the goods are merchantable.

24. Pursuant to Cal. Civ. Code § 1793, and because of the existence of the express warranty, Defendants may not disclaim, limit, or modify the implied warranties provided by the Song–Beverly Act.

25. Defendants breached the implied warranty of merchantability as stated in Cal. Civ. Code §§ 1791.1 and 1792 in that the above-described defects, malfunctions, and nonconformities render the Vehicle unfit for the ordinary purposes for which it is used, and it would not pass without objection in the trade.

26. Pursuant to Cal. Civ. Code § 1794(a), Plaintiffs are entitled to restitution.

27. As a direct and proximate result of said breach of implied warranty, Plaintiffs have sustained and continue to sustain, actual, incidental and consequential damages in the approximate amount of $31,300.00 according to proof.

28. Pursuant to Cal. Civ. Code § 1794(d), Plaintiffs are entitled to attorneys' fees and expenses reasonably incurred in connection with this action.

### THIRD CAUSE OF ACTION
### Violations of the Magnuson–Moss Warranty Act
### Against Kia

29. Plaintiffs incorporate all preceding paragraphs.

30. The Vehicle is a "consumer product" as defined by 15 U.S.C. § 2301(1).

31. Plaintiffs are each a "consumer" as defined by 15 U.S.C. § 2301(3).

32. Kia is a "supplier" and a "warrantor" as defined respectively by 15 U.S.C. §§ 2301(4) and (5).

33. The express written warranties are "written warranties" as defined by 15 U.S.C. § 2301(6).

34. Kia violated the Magnuson–Moss Warranty Act by failing to conform the Vehicle to the express written warranties within a reasonable number of repair attempts, a reasonable amount of time, or within the warranty periods. Kia failed to cure its failure to comply with the Act.

35. Prior to commencing this action, Plaintiffs afforded Kia reasonable opportunities to cure the failures and to comply with the Act.

36. Pursuant to 15 U.S.C. § 2310(d)(1), Plaintiffs are entitled to the equitable remedies of rescission and restitution and/or damages. Plaintiffs revoke acceptance of the Vehicle and rescind the contract. Plaintiffs are entitled to restitution of all consideration given.

37. As a proximate result of the violations of the Act, Plaintiffs have sustained and continue to sustain, damages, both economic and noneconomic, in the approximate amount of $31,300.00.

38. Pursuant to 15 U.S.C. § 2310(d)(2), Plaintiffs are entitled to attorneys' fees and expenses reasonably incurred in connection with this action.

### FOURTH CAUSE OF ACTION
### Breach of Implied Warranty—Magnuson–Moss Warranty Act
### Against All Defendants

39. Plaintiffs incorporate all preceding paragraphs.

40. Pursuant to 15 U.S.C. § 2301(7), the breaches by each Defendant of the state-law implied warranties, as set forth above, also constitute breaches of the implied warranties pursuant to the Magnuson–Moss Warranty Act.

41. Pursuant to 15 U.S.C. § 2310(d)(1), and because of said breaches of implied warranties, Plaintiffs are entitled to the equitable remedies of rescission and restitution and/or damages. Plaintiffs revoke acceptance, rescind the contract, and claim full restitution.

42. As a proximate result of the breaches of implied warranties, Plaintiffs have sustained and continue to sustain, damages, both economic and noneconomic, in the approximate amount of $31,300.00.

43. Pursuant to 15 U.S.C. § 2310(d)(2), Plaintiffs are entitled to attorneys' fees and expenses reasonably incurred in connection with this action.

## PRAYER FOR RELIEF

(1) A declaration that the sales contract is rescinded;

(2) A declaration that Kia has been given a reasonable number of repair attempts and/or days to conform the Vehicle to the warranty;

(3) Actual damages according to proof;

(4) Restitution of all consideration given by Plaintiffs and/or paid out toward the Vehicle;

(5) Civil penalties under the Song–Beverly Act in the amount of two times actual damages;

(6) Reasonable attorneys' fees according to proof;

(7) Costs and expenses reasonably incurred in connection with this action; and

(8) Such other relief as the Court deems just and proper.

Dated: January 31, 2019

LAW OFFICES OF JON JACOBS

Jon P. Jacobs
Ryan H. Gomez
Attorneys for Plaintiffs
DEANNA DANIELIAN, and
MARC DANIELIAN

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Jon P. Jacobs (SBN 205245); Ryan H. Gomez (SBN 305208)<br>Law Offices of Jon Jacobs<br>5701 Lonetree Blvd., Suite 202<br>Rocklin, CA 95765.<br>TELEPHONE NO.: (916) 663-6400   FAX NO.: (916) 663-6500<br>ATTORNEY FOR *(Name)*: Plaintiffs, Deanna Danielian and Marc Danielian | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Riverside
STREET ADDRESS: 4050 Main Street
MAILING ADDRESS: 4050 Main Street
CITY AND ZIP CODE: Riverside 92501
BRANCH NAME: Historic Courthouse

CASE NAME:
Danielian v. Kia Motors America, Inc.

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: |
|---|---|---|
| ☑ Unlimited  ☐ Limited<br>(Amount  (Amount<br>demanded  demanded is<br>exceeds $25,000)  $25,000 or less) | ☐ Counter   ☐ Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | RIC 1901606<br>JUDGE:<br>DEPT: |

*Items 1-6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

**Auto Tort**
☐ Auto (22)
☐ Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
☐ Asbestos (04)
☐ Product liability (24)
☐ Medical malpractice (45)
☐ Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
☐ Business tort/unfair business practice (07)
☐ Civil rights (08)
☐ Defamation (13)
☐ Fraud (16)
☐ Intellectual property (19)
☐ Professional negligence (25)
☐ Other non-PI/PD/WD tort (35)

**Employment**
☐ Wrongful termination (36)
☐ Other employment (15)

**Contract**
☑ Breach of contract/warranty (06)
☐ Rule 3.740 collections (09)
☐ Other collections (09)
☐ Insurance coverage (18)
☐ Other contract (37)

**Real Property**
☐ Eminent domain/Inverse condemnation (14)
☐ Wrongful eviction (33)
☐ Other real property (26)

**Unlawful Detainer**
☐ Commercial (31)
☐ Residential (32)
☐ Drugs (38)

**Judicial Review**
☐ Asset forfeiture (05)
☐ Petition re: arbitration award (11)
☐ Writ of mandate (02)
☐ Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400-3.403)**
☐ Antitrust/Trade regulation (03)
☐ Construction defect (10)
☐ Mass tort (40)
☐ Securities litigation (28)
☐ Environmental/Toxic tort (30)
☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
☐ Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
☐ RICO (27)
☐ Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
☐ Partnership and corporate governance (21)
☐ Other petition *(not specified above)* (43)

2. This case ☐ is ☑ is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties
   b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. ☐ Substantial amount of documentary evidence
   d. ☐ Large number of witnesses
   e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. ☐ Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply)*: a. ☑ monetary   b. ☑ nonmonetary; declaratory or injunctive relief   c. ☐ punitive
4. Number of causes of action *(specify)*: Four
5. This case ☐ is ☑ is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: January 31, 2019
Ryan H. Gomez
_____       ►_____
   (TYPE OR PRINT NAME)                         (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]

**CIVIL CASE COVER SHEET**

Cal. Rules of Court, rules 2.30, 3.220, 3.400-3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10
www.courtinfo.ca.gov

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

CM-010

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you must complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check one box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the primary cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
- Auto (22)–Personal Injury/Property Damage/Wrongful Death
- Uninsured Motorist (46) *(if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)*

**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
- Asbestos (04)
  - Asbestos Property Damage
  - Asbestos Personal Injury/ Wrongful Death
- Product Liability *(not asbestos or toxic/environmental)* (24)
- Medical Malpractice (45)
  - Medical Malpractice– Physicians & Surgeons
  - Other Professional Health Care Malpractice
- Other PI/PD/WD (23)
  - Premises Liability (e.g., slip and fall)
  - Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
  - Intentional Infliction of Emotional Distress
  - Negligent Infliction of Emotional Distress
  - Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
- Business Tort/Unfair Business Practice (07)
- Civil Rights (e.g., discrimination, false arrest) *(not civil harassment)* (08)
- Defamation (e.g., slander, libel) (13)
- Fraud (16)
- Intellectual Property (19)
- Professional Negligence (25)
  - Legal Malpractice
  - Other Professional Malpractice *(not medical or legal)*
- Other Non-PI/PD/WD Tort (35)

**Employment**
- Wrongful Termination (36)
- Other Employment (15)

**Contract**
- Breach of Contract/Warranty (06)
  - Breach of Rental/Lease Contract *(not unlawful detainer or wrongful eviction)*
  - Contract/Warranty Breach–Seller Plaintiff *(not fraud or negligence)*
  - Negligent Breach of Contract/ Warranty
  - Other Breach of Contract/Warranty
- Collections (e.g., money owed, open book accounts) (09)
  - Collection Case–Seller Plaintiff
  - Other Promissory Note/Collections Case
- Insurance Coverage *(not provisionally complex)* (18)
  - Auto Subrogation
  - Other Coverage
- Other Contract (37)
  - Contractual Fraud
  - Other Contract Dispute

**Real Property**
- Eminent Domain/Inverse Condemnation (14)
- Wrongful Eviction (33)
- Other Real Property (e.g., quiet title) (26)
  - Writ of Possession of Real Property
  - Mortgage Foreclosure
  - Quiet Title
  - Other Real Property *(not eminent domain, landlord/tenant, or foreclosure)*

**Unlawful Detainer**
- Commercial (31)
- Residential (32)
- Drugs (38) *(if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)*

**Judicial Review**
- Asset Forfeiture (05)
- Petition Re: Arbitration Award (11)
- Writ of Mandate (02)
  - Writ–Administrative Mandamus
  - Writ–Mandamus on Limited Court Case Matter
  - Writ–Other Limited Court Case Review
- Other Judicial Review (39)
  - Review of Health Officer Order
  - Notice of Appeal–Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
- Antitrust/Trade Regulation (03)
- Construction Defect (10)
- Claims Involving Mass Tort (40)
- Securities Litigation (28)
- Environmental/Toxic Tort (30)
- Insurance Coverage Claims *(arising from provisionally complex case type listed above)* (41)

**Enforcement of Judgment**
- Enforcement of Judgment (20)
  - Abstract of Judgment (Out of County)
  - Confession of Judgment *(non-domestic relations)*
  - Sister State Judgment
  - Administrative Agency Award *(not unpaid taxes)*
  - Petition/Certification of Entry of Judgment on Unpaid Taxes
  - Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
- RICO (27)
- Other Complaint *(not specified above)* (42)
  - Declaratory Relief Only
  - Injunctive Relief Only *(non-harassment)*
  - Mechanics Lien
  - Other Commercial Complaint Case *(non-tort/non-complex)*
  - Other Civil Complaint *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
- Partnership and Corporate Governance (21)
- Other Petition *(not specified above)* (43)
  - Civil Harassment
  - Workplace Violence
  - Elder/Dependent Adult Abuse
  - Election Contest
  - Petition for Name Change
  - Petition for Relief From Late Claim
  - Other Civil Petition

CM-010 [Rev. July 1, 2007]

**CIVIL CASE COVER SHEET**

Page 2 of 2

Jon P. Jacobs (SBN 205245)
Ryan H. Gomez (SBN 305208)
LAW OFFICES OF JON JACOBS
5701 Lonetree Blvd., Suite 202
Rocklin, CA 95765
Telephone: (916) 663-6400
Facsimile: (916) 663-6500

Attorneys for Plaintiffs
DEANNA DANIELIAN, and
MARC DANIELIAN

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE

FEB 1 9 2019

K. Thomsen

SUPERIOR COURT OF THE STATE OF CALIFORNIA
FOR THE COUNTY OF RIVERSIDE

DEANNA DANIELIAN, and
MARC DANIELIAN,

    Plaintiffs,

v.

KIA MOTORS AMERICA, INC.; and
DOES ONE through TEN,

    Defendant.

CASE No.: **RIC 1 9 0 1 6 0 6**

DECLARATION OF RYAN H. GOMEZ
FOR FILING OF COMPLAINT

I, Ryan H. Gomez, declare:

1. I am an attorney at law duly admitted to practice before the courts of the State of California and am the attorney of record for Plaintiffs DEANNA DANIELIAN, and MARC DANIELIAN.

2. The following declaration is made upon my own true knowledge and belief of the events which have occurred in this matter.

3. The Complaint filed concurrently herewith is filed in a proper place for the trial thereof, for the reason(s) checked below:

☐ This is the county in which the subject matter of the action, or a substantial portion thereof, occurred;

☐ This is the county in which the person against whom the action is brought resides;

1

☒ This is the county in which the person against whom the action is brought has its principal place of business or is doing business; and/or

☐ This is the county in which the parties entered into the subject transaction.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Rocklin, California.

Dated: January 31, 2019

LAW OFFICES OF JON JACOBS

*[signature]*

Jon P. Jacobs
Ryan H. Gomez
Attorneys for Plaintiffs
DEANNA DANIELIAN, and
MARC DANIELIAN